IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MARY JANE BEAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-6328-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Kathryn Tassinari
    Brent Wells
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for rehearing.

    Dated this \_\_\_\_4th\_\_\_\_ day of September, 2008.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge