Kathryn Tassinari, OSB # 80115
Mark Manning, OSB # 00311
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
Of Attorneys for Plaintiff



FILED'09 DEC 3 9 03USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARY JANE BEAN, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>    Defendant. )<br>_____ ) | Case No. 07-6328-KI<br><br>ORDER APPROVING PLAINTIFF'S<br>MOTION FOR ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. §406(b) |

  After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $8,777.60 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $8,777.60 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

Counsel shall refund the EAJA fee of $5,258.99 awarded herein to Plaintiff.

IT IS SO ORDERED this ____ day of November, 2009.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2